<u>IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

| | | |
|---|---|---|
| In re: ANNETTE M. OAKLEY, | ) | Civil Action |
| | ) | No. 14-cv-01096 |
|       Debtor | ) | |
| | ) | Bankruptcy |
| | ) | No. 12-18456 |
| _____ | ) | |
| | ) | |
| NUZIO CARTO, JR., | ) | |
| | ) | |
|       Plaintiff-Appellee | ) | |
| | ) | Adversary |
|       v. | ) | No. 13-00053 |
| | ) | |
| ANNETTE M. OAKLEY, | ) | |
| | ) | |
|       Defendant-Appellant | ) | |
| _____ | ) | |

**<u>O R D E R</u>**

NOW, this 31st day of March, 2015, upon consideration of the following documents:

    (1)  Notice of Appeal filed by debtor/defendant-appellant Annette M. Oakley in Adversary No. 13-cv-00053 on January 9, 2014;

    (2)  Brief of Appellant, Annette M[.] Oakley filed March 27, 2014;

    (3)  Brief of Appellee[, Nunzio Carto, Jr.] filed May 22, 2014; and

    (4)  Order and accompanying Memorandum of United States Bankruptcy Judge Bruce Fox dated and filed December 30, 2013 in the Bankruptcy and Adversary case numbers, above;

upon consideration of the record papers and arguments of the parties; after oral argument held before me on February 18, 2015; and for the reasons expressed in the accompanying Opinion,

IT IS ORDERED that the Order of United States Bankruptcy Judge Bruce Fox dated and filed December 30, 2013 is affirmed.

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

/s/ JAMES KNOLL GARDNER
James Knoll Gardner
United States District Judge